UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" STREET
SACRAMENTO, CA 95814

**DIRECTV INC.,**                                                **DEFAULT JUDGMENT**

    v.                                                          2:03-cv-2488  MCE GGH

**DARLING, ET. AL..**

_____

       **IT IS ORDERED AND ADJUDGED** default judgment is hereby ENTERED against:

       **RICHARD GLASER in the amount of $60,000.00** in damages and $2,255.25 in attorneys' fees.

June 2, 2005

                                                       JACK L. WAGNER, CLERK

                                                       By: /s/ M. Krueger_____
                                                           M. Krueger, Deputy Clerk