Alan J. Kessel (Cal. Bar No.: 130707)
Suzanne M. Burke (Cal. Bar No.: 188597)
Brandon Q. Tran (Cal. Bar No.: 223435)
**BUCHALTER NEMER**
A Professional Corporation
18400 Von Karman Avenue, Suite 800
Irvine, California 92612-0514
Telephone:(949) 760-1121
Facsimile: (949) 720-0182
E-mail: btran@buchalter.com

Attorneys for Plaintiff DIRECTV, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| DIRECTV, INC., a California corporation, | Case No.: CIV-S-03-2488 MCE GGH |
| Plaintiff, | Hon. Morrison C. England, Jr. |
| vs. | **ORDER DISMISSING DEFENDANT ERLINDA DIAZ** |
| KELLY DARLING, et al., | |
| Defendants. | |

Having read the Notice for Voluntary Dismissal of Defendant ERLINDA DIAZ filed herein by Plaintiff DIRECTV, Inc., and such other pleadings and papers deemed appropriate by the Court, and GOOD CAUSE appearing therefore, the Court ORDERS as follows:

1. This action is hereby dismissed without prejudice as against Defendant ERLINDA DIAZ; and

2. Each party shall bear its/her own attorneys' fees and costs incurred in this action to date.

DATED: September 20, 2005

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE