Alan J. Kessel (Cal. Bar No.: 130707)
Suzanne M. Burke (Cal. Bar No.: 188597)
Brandon Q. Tran (Cal. Bar No.: 223435)
**BUCHALTER NEMER**
A Professional Corporation
18400 Von Karman Avenue, Suite 800
Irvine, California 92612-0514
Telephone:(949) 760-1121
Facsimile: (949) 720-0182
E-mail: btran@buchalter.com

Attorneys for Plaintiff DIRECTV, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| DIRECTV, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>KELLY DARLING, et al.,<br><br>Defendants. | Case No.: CIV-S-03-2488 MCE GGH<br><br>Hon. Morrison C. England, Jr.<br><br>**ORDER DISMISSING DEFENDANT KELLY DARLING** |

Having read the Notice for Voluntary Dismissal of Defendant KELLY DARLING filed herein by Plaintiff DIRECTV, Inc., and such other pleadings and papers deemed appropriate by the Court, and GOOD CAUSE appearing therefore, the Court ORDERS as follows:

1. This action is hereby dismissed without prejudice as against Defendant KELLY DARLING;

2. Each party shall bear its/her own attorneys' fees and costs incurred in this action to date; and

/ / /

/ / /

/ / /

/ / /

/ / /

1       3.      As Defendant KELLY DARLING is the last remaining active Defendant in this
2  action, this entire action as to all remaining claims is hereby terminated in full.

DATED: September 20, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE